United States District Court
Southern District of Texas
FILED

AUG 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA CHOLICK | § |
| Plaintiff | § |
| VS | § |
| | § |
| CITY OF HARLINGEN, TEXAS ET AL | § |
| Defendants | § |

B-02-162

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES & COUNSEL

COMES NOW DEFENDANT, CITY OF HARLINGEN, and files this Certificate of Interested Parties:

Sylvia Cholick
810 N. 21st Street
Harlingen, Texas 78550
**PLAINTIFF**

City of Harlingen, Texas
118 E. Tyler
Harlingen, Texas 78550
**DEFENDANTS**

Valley Baptist Medical Center and
Valley Baptist Health Systems
2101 Pease Street
Harlingen, Texas 78550
**DEFENDANTS**

RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
Associate Attorney
State Bar No. 24007128
So. Dist. ID No. 29288
DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)
**COUNSEL FOR DEFENDANT, CITY OF HARLINGEN**


BARRY R. RAY
Attorney In Charge
State Bar No. 16606355
So. Dist ID No. 15705
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, Texas 78550
956/428-7495
956/428-2854 (Fax)
**COUNSEL FOR DEFENDANTS, VALLEY BAPTIST MEDICAL CENTER
and VALLEY BAPTIST HEALTH SYSTEMS**

DONALD CHEATHAM
State Bar No. 24029925
9225 Knoll Crest Loop
Austin, Texas 78759
512-494-1212
512-472-1558 (Fax)
**COUNSEL FOR PLAINTIFF**

Respectfully submitted

By: _____
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
Associate Attorney
State Bar No. 24007128
So. Dist. ID No. 29288

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the _22nd_ day of August, 2002.

Mr. Donald Cheatham  **Via CMRRR #7002 1000 0004 8591 1635**
9225 Knoll Crest Loop
Austin, Texas 78759
**Counsel for Plaintiff**


Mr. Barry Ray  **By Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**Counsel for VBMC and VBHealth Systems**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD