IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY BAPTIST HEALTH SYSTEM | § | |
| and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| Defendants | § | |

DEFENDANT CITY OF HARLINGEN'S
12(e) MOTION FOR MORE DEFINITE STATEMENT

---

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, the CITY OF HARLINGEN, TEXAS (hereinafter "CITY"), and files this Motion for More Definite Statement pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(e).

I.
NATURE OF THE LAWSUIT/FACTUAL ALLEGATIONS

Plaintiff brings this lawsuit against the DEFENDANT "CITY" and Valley Baptist Health System and Valley Baptist Medical Center alleging violations of her State and Federal Constitutional rights and state law based tort claims. Specifically, Plaintiff complains she was falsely arrested and imprisoned, assaulted, and alleges causes of action for negligence, discrimination based on sex or gender, trespass,

Defendant City of Harlingen's Motion for More Definite Statement                      Page 1

libel and slander, invasion of privacy, conversion and destruction of property, and intentional infliction of emotional distress.

Plaintiff alleges that Harlingen police officers trespassed onto her property, removed her from her home against her will and took her to the Valley Baptist Hospital, where she was likewise held against her will. Plaintiff alleges she was assaulted at the hospital, and that officers picked her up at the hospital, assaulted her in trying to arrest her, and then incarcerated her. She further alleges she has been slandered by City officers, that she has been unlawfully prohibited from entering public facilities because of her gender and that she had dogs illegally removed from her home and killed by City of Harlingen personnel.

## II.
## ARGUMENT & AUTHORITIES

In her First Amended Petition, Plaintiff asserts a variety of state law causes of action, and alleges that as to each count of state law cause of action, she has suffered damages as a result of violations of her State and Federal Constitutional Rights. However, nowhere in the petition does Plaintiff state what constitutional rights of hers have been violated. Although alleging federal causes of action, Plaintiff fails entirely to identify what specific federal causes of action she brings.

Plaintiff goes into great detail in her petition regarding the alleged facts of the incidents she apparently sues for. However, despite this detailed factual pleading, Plaintiff fails entirely to assert what specific federal causes of action she is alleging.

Federal Rule of Civil Procedure 12(e) provides that if a pleading is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, the party may move for a more definite statement. The plaintiff is required to provide the DEFENDANT "CITY" with fair notice of the *claim* and the grounds upon which it rests. FRCP 8(a)(2); *Lone Star Indus., Inc. v. Horman Family Trust*, 960 F.2d 917, 922 (10th Cir.1992)(emphasis added).

A plaintiff can satisfy the FRCP 8(a)(2) requirement of a short and plain statement by including (1) the prima facie elements of the theory of recovery on which the claim is based and (2) facts sufficient to give the defendant fair notice of the claim. *Daves v. Hawaiian Dredging Co.*, 114 F.Supp. 643, 645 (D.Haw.1953). Put another way, the Plaintiff must at least outline a violation and allege facts connecting the violation to the DEFENDANT "CITY". *Brownlee v. Conine*, 957 F.2d 353, 354 (7th Cir.1992).

Defendant City of Harlingen's Motion for More Definite Statement                                                                 Page 3

With respect to Plaintiff's petition, she has alleged a detailed factual outline of her apparent claims. However, Plaintiff has failed to state the elements of her theory of recovery for any federal claims, or even outline the specific federal violations she alleges. DEFENDANT "CITY" are left to guess, based on the facts alleged, as to what her federal causes of action are and as to what constitutional rights she is alleging have been violated.

Unless Plaintiff amends her petition, DEFENDANT "CITY" is not put on fair notice of the specific claims Plaintiff is making.

### III.
### CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT "CITY" would request that the Court require Plaintiff to amend her First Amended Petition to provide the specificity requested herein, pursuant to Federal Rules of Civil Procedure. 8(a) and 12(e). DEFENDANT "CITY" further requests such other and further relief to which it may show itself to be justly entitled, at law and in equity.

SIGNED this 30th day of August, 2002.

                                    Respectfully submitted,

                                    **DENTON, NAVARRO & BERNAL**
                                    A Professional Corporation
                                    Bank of America Building
                                    222 East Van Buren, Ste. 405
                                    Harlingen, Texas 78550
                                    956/421-4904
                                    956/421-3621 (Fax)

By:      _____
                                    RICARDO J. NAVARRO
                                    Attorney In Charge
                                    Fed. ID. No. 5853
                                    State Bar No. 14829100
                                    ROBERT DRINKARD
                                    Fed. I.D. No. 29288
                                    State Bar No. 24007128


## CERTIFICATE OF SERVICE

     I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 30th day of August, 2002.

Ms. Sylvia Cholick                   **By CMRRR#: 7002 1000 0004 8591 1543**
810 N. 21st Street
Harlingen, TX 78550
**PLAINTIFF PRO SE**

Mr. Barry Ray                                              **By Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS**

                                        _____
                                        RICARDO J. NAVARRO
                                        ROBERT L. DRINKARD