IN THE UNITED, STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B02-162 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | (JURY DEMANDED) |

## PLAINTIFF'S LIST OF ENTITIES

Plaintiff herein list the following entities:

a)   Sylvia Cholick
     810 N. 21st. St.
     Harlingen, Tx. 78550

b)   City of Harlingen
     118 E. Tyler
     Harlingen, Tx. 78550

c)   Valley Baptist Medical Center
     2101 Pease St.
     Harlingen, Tx. 78550

d)   Valley Baptist Health System
     2101 Pease St.
     Harlingen, Tx. 78550

e)   Harlingen Humane Society
     1106 Markowsky
     Harlingen, Tx. 78550

f)   Harlingen Public Library
     410 '76 Drive
     Harlingen, Tx. 78550

g)   Sandi Jo Funk Hospice Program
     2101 Pease St.
     Harlingen, Tx. 78550

h)   Emergency Medical Services
     2733 S. 77 Sunshine Strip
     Harlingen, Tx. 78550

RESPECTFULLY SUBMITTED,

SYLVIA CHOLICK
810 N. 21st. Street
Harlingen, Tx. 78550

BY: *Sylvia Cholick*
Sylvia Cholick, Pro Se


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff **List of Entities,** has been forwarded by the manner indicated below to opposing counsel of record on this the 16th day of September, 2002.

Denton, Navarro & Bernal
Attorneys At Law
222 E. Van Buren, Suite 405
Harlingen, Tx. 78550-6804
(CERTIFIED MAIL, RETURN RECEIPT REQUESTED # *sent regular mail - only as I didn't have enough cash.*

Adams & Graham
Attorneys At Law
222 E. Van Buren, West Tower
Harlingen, Tx. 78550
(CERTIFIED MAIL, RETURN RECEIPT REQUESTED # 7099 3400 0018 1884 2998

*Sylvia Cholick*
SYLVIA CHOLICK, PRO SE