6

United States District Court
Southern District of Texas
FILED

OCT 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
|       Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY BAPTIST HEALTH SYSTEM | § | |
| and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
|       Defendants | § | |

### DEFENDANT CITY OF HARLINGEN'S MOTION FOR RESTRAINING ORDER/INJUNCTION AGAINST PLAINTIFF

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, the CITY OF HARLINGEN, TEXAS (hereinafter "CITY DEFENDANT"), and files this Motion for Restraining Order/Injunction Against Plaintiff.

### I.
### NATURE OF THE LAWSUIT/FACTUAL ALLEGATIONS

Plaintiff brings this lawsuit against the CITY DEFENDANT and Valley Baptist Health System and Valley Baptist Medical Center alleging violations of her State and Federal Constitutional rights and state law based tort claims. Specifically, Plaintiff complains she was falsely arrested and imprisoned, assaulted, and alleges causes of action for negligence, discrimination based on sex or gender, trespass, libel and slander, invasion of

privacy, conversion and destruction of property, and intentional infliction of emotional distress.

Plaintiff alleges that Harlingen police officers trespassed onto her property, removed her from her home against her will and took her to the Valley Baptist Hospital, where she was likewise held against her will. Plaintiff alleges she was assaulted at the hospital, and that officers picked her up at the hospital, assaulted her in trying to arrest her, and then incarcerated her. She further alleges she has been slandered by City officers, that she has been unlawfully prohibited from entering public facilities because of her gender and that she had dogs illegally removed from her home and killed by CITY DEFENDANT personnel.

## II.
## ARGUMENT & AUTHORITIES

Since the inception of this lawsuit, CITY DEFENDANT has at all times been represented by the under-signed counsel with regards to the defense of this suit. Pursuant to such representation, all communications or contacts with CITY DEFENDANT regarding this suit and the prosecution of this suit on the part of Plaintiff, must be with the under-signed counsel, and not the client, the CITY DEFENDANT itself, and its representatives.

Despite this, Plaintiff has repeatedly harassed a party to this suit, to wit, the CITY DEFENDANT, and several of its representatives and employees, regarding this lawsuit and the allegations contained therein.  Plaintiff has circumvented CITY DEFENDANT'S counsel and has appeared in person at the office of the City Attorney Brendan Hall to inquire into her allegations in this suit and the prosecution of such suit.  City Attorney Hall is not the counsel of record for the CITY DEFENDANT in the defense of this suit, and, as a city employee, is in fact a representative of a party to this suit, the CITY DEFENDANT itself.  Therefore, Plaintiff cannot contact City Attorney Hall regarding this lawsuit and her allegations and how to proceed.  This is a direct violation of the Federal and State ethical rules governing attorney representation and the attorney-client relationship.

Further, Plaintiff has appeared at the office of City Environmental Health officer Dan Serna on several occasions to harass Mr. Serna regarding some of her allegations in this suit, along with other matters involving Mr. Serna's performance of his job.  Plaintiff has particularly harassed Mr. Serna regarding the animal control officers who have been to her home for various reasons regarding complaints and violations at her home.  Plaintiff has alleged as part of this suit that the CITY

DEFENDANT, through its animal control officers, illegally took some of her animals and had them put to sleep. Her harassment of Mr. Serna regarding the City animal control officers and the performance of their jobs with respect to her and her animals is directly related to her claims in this suit.

**III.**
**CONCLUSION AND PRAYER**

WHEREFORE, PREMISES CONSIDERED, CITY DEFENDANT would request that the Court enjoin Plaintiff from any contact with any City employee or representative regarding this lawsuit outside of the formal discovery process or without Court approval. CITY DEFENDANT further requests such other and further relief to which it may show itself to be justly entitled, at law and in equity.

SIGNED this _2nd_ day of October, 2002.

> Respectfully submitted,
>
> **DENTON, NAVARRO & BERNAL**
> A Professional Corporation
> Bank of America Building
> 222 East Van Buren, Ste. 405
> Harlingen, Texas 78550
> 956/421-4904
> 956/421-3621 (Fax)

By: _____

RICARDO J. NAVARRO
Attorney In Charge
Fed. ID. No. 5853
State Bar No. 14829100
ROBERT DRINKARD
Fed. I.D. No. 29288
State Bar No. 24007128


## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the _2nd_ day of October, 2002.


Ms. Sylvia Cholick                 **By CMRRR#: 7002 1000 0004 8591 0584**
810 N. 21st Street
Harlingen, TX 78550
**PLAINTIFF PRO SE**


Mr. Barry Ray                      **By Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS**


_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD