IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SYLVIA CHOLICK,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action B-02-162 |
| CITY OF HARLINGEN, VALLEY<br>BAPTIST HEALTH SYSTEM AND<br>VALLEY BAPTIST MEDICAL CENTER,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on October 7, 2002, the Court considered Defendant City of Harlingen's Motion for Restraining Order/Injunction against Plaintiff. Without the aid of any supporting documentation, Defendant City of Harlingen asks the Court to issue a restraining order. The Court declines this request, and instead **ORDERS** that Plaintiff and Defendant City of Harlingen appear for a hearing before the Court on October 18, 2002, at 10:00 a.m. During said hearing, the Court **ORDERS** Defendant City of Harlingen to produce evidence as to why such a restraining order should issue. Conversely, the Court suggests that at this hearing Plaintiff be prepared to explain why a preliminary injunction should not issue. The Court further **ORDERS** the parties to submit any appropriate supporting documentation, in the form of affidavits or otherwise, that it wishes the Court to consider regarding this Motion for Restraining Order/Injunction no later than 1:00 p.m. on October 15, 2002.

DONE at Brownsville, Texas this 7th day of October, 2002.

Hilda Tagle
Hilda G. Tagle
United States District Judge