

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA CHOLICK,<br>    Plaintiff | §<br>§<br>§ |
| VS | §   CAUSE NO. B-02-162 |
| | § |
| CITY OF HARLINGEN, ET AL<br>    Defendants | §<br>§ |

### CITY DEFENDANTS' MOTION FOR LEAVE TO ALLOW ASSOCIATE DEFENSE COUNSEL TO APPEAR AS LEAD COUNSEL FOR HEARING

May It Please The Court,

COMES NOW, CITY DEFENDANTS and file this Motion requesting leave to allow Associate Defense Counsel to appear as lead counsel for the purpose of the hearing currently scheduled on Friday, October 18, 2002.

I.

Upon removal of this cause, the attorneys appearing on behalf of the CITY DEFENDANTS were Mr. Ricardo J. Navarro, as Attorney in Charge, and Mr. Robert L. Drinkard, as Associate Defense Counsel, both attorneys with the firm of Denton, Navarro & Bernal.

The Court has scheduled a hearing on Friday, October 18, 2002 to address a Motion filed on behalf of the CITY DEFENDANTS requesting court intervention in the form of injunctive relief against Plaintiff.

Attorney Navarro was previously scheduled to be out of the country on that day, and would be unable to attend this hearing. Attorney Drinkard, however, who is also of record in this cause, and who is also knowledgeable about the factual and legal issues in the case, can appear on behalf of the CITY DEFENDANTS.

Attorney Drinkard has full authority to represent the CITY DEFENDANTS in this matter at this hearing.

### CONCLUSION & PRAYER

Therefore, for the foregoing reasons, CITY DEFENDANTS request that Attorney Robert L. Drinkard, be allowed to appear on their behalf as Attorney in Charge for purposes of the hearing set for Friday, October 18, 2002.

SIGNED on the ___16th___ day of October, 2002.

                    Respectfully Submitted,

                    **DENTON, NAVARRO & BERNAL**
                    A Professional Corporation
                    Bank of America Building
                    222 E. Van Buren, Suite 405
                    Harlingen, Texas 78550
                    956/421-4904
                    956/421-3621 (Fax)

By: _/s/ Ricardo J. Navarro_
                    RICARDO J. NAVARRO
                    Attorney In Charge
                    State Bar No. 14829100
                    So. Dist. ID No. 5953
                    ROBERT L. DRINKARD
                    Associate Counsel
                    State Bar No. 24007128
                    So. Dist. ID No. 29288
                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. mail, unless otherwise indicated, to the person listed below on the 16th day of October, 2002.

Ms. Sylvia Cholick                                           **By Regular Mail**
810 N. 21st Street
Harlingen, TX 78550
PLAINTIFF PRO SE

Mr. Barry Ray                                        **By Fax & Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD