IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 16 2002

Clerk of Court

| | | |
|---|---|---|
| SYLVIA CHOLICK<br>　　Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | CAUSE NO. B-02-162 |
| CITY OF HARLINGEN,<br>VALLEY BAPTIST HEALTH SYSTEM<br>and<br>VALLEY BAPTIST MEDICAL CENTER<br>　　Defendants | §<br>§<br>§<br>§<br>§ | |

**DEFENDANT CITY OF HARLINGEN'S
MOTION FOR LEAVE TO FILE SUPPORTING DOCUMENTATION**

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, the CITY OF HARLINGEN, TEXAS (hereinafter "CITY DEFENDANT"), and files this Motion for Leave to File Supporting Documentation.

**I.**

The Defendant City of Harlingen filed a Motion for Restraining Order/Injunction against the Plaintiff. The Court has set a hearing on said motion for October 18, 2002. In its order, the Court also ordered the parties to submit appropriate supporting documentation by October 15, 2002 at 1:00 p.m. The CITY DEFENDANT hereby files this Motion for Leave, and asks the Court for leave to file its appropriate supporting documentation by October 16, 2002.

**II.
ARGUMENT & AUTHORITIES**

Counsel for CITY DEFENDANT initially misread the Court's order to allow for supporting documentation to be filed by October 16, 2002 at 1 p.m. Therefore, CITY DEFENDANT did not

file its supporting documentation by the Court ordered date of October 15, 2002, but filed such by the following day. This failure to file supporting documentation by the Court ordered date was not a willful act by Defendant City of Harlingen, nor is this Motion for Leave sought for delay or prejudice the Plaintiff in this matter.

As there is good cause for CITY DEFENDANT'S failure to file its supporting documentation by the Court ordered date, and the granting of this Motion for Leave will not prejudice the Plaintiff, Defendant City of Harlingen requests that this Motion for Leave be granted, and the City of Harlingen be allowed to file its supporting documentation for its Motion for Restraining Order/Injunction Against Plaintiff.

### III.
### CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, CITY DEFENDANT would request that the Court grant its Motion for Leave to file supporting documentation to its Motion for Restraining Order/Injunction against Plaintiff. The CITY DEFENDANT further requests such other and further relief to which it may show itself to be justly entitled, at law and in equity.

SIGNED this 16th day of October, 2002.

                              Respectfully submitted,

                              **DENTON, NAVARRO & BERNAL**
                              A Professional Corporation
                              Bank of America Building
                              222 East Van Buren, Ste. 405
                              Harlingen, Texas 78550
                              956/421-4904
                              956/421-3621 (Fax)

By: _____
                              RICARDO J. NAVARRO
                              Attorney In Charge
                              Fed. ID. No. 5853
                              State Bar No. 14829100
                              ROBERT DRINKARD
                              Fed. I.D. No. 29288
                              State Bar No. 24007128

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 16th day of October, 2002.

Ms. Sylvia Cholick                     **By CMRRR#: 7002 1000 0004 8591 0430**
810 N. 21st Street
Harlingen, TX 78550
**PLAINTIFF PRO SE**

Mr. Barry Ray                                                    **By Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS**

                                              _____
                                              RICARDO J. NAVARRO
                                              ROBERT L. DRINKARD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY BAPTIST HEALTH SYSTEM | § | |
| and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
|     Defendants | § | |

ORDER ON CITY DEFENDANT'S
MOTION FOR LEAVE

CAME ON THIS DAY TO BE CONSIDERED DEFENDANT City of Harlingen's Motion for Leave.

After due consideration of the motion and hearing the argument of Counsel, the Court finds that DEFENDANT City of Harlingen's Motion for Leave should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that DEFENDANT City of Harlingen's Motion for Leave is hereby GRANTED and Defendant City of Harlingen's Supporting Documentation for its Motion for Restraining Order/Injunctive Relief is allowed.

SIGNED on the _____ day of _____, 2002.

_____
HON. HILDA G. TAGLE
U.S. DISTRICT JUDGE