*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY BAPTIST HEALTH SYSTEM | § | |
| and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
|     Defendants | § | |

## SUPPORTING DOCUMENTATION FOR DEFENDANT CITY OF HARLINGEN'S MOTION FOR RESTRAINING ORDER/INJUNCTION AGAINST PLAINTIFF

_____

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, the CITY OF HARLINGEN, TEXAS (hereinafter "CITY DEFENDANT"), and pursuant to the request from the Court, files this affidavit in support of its Motion for Restraining Order/Injunction Against Plaintiff.

## I.
### NATURE OF THE LAWSUIT/FACTUAL ALLEGATIONS

Plaintiff brings this lawsuit against the CITY DEFENDANT and Valley Baptist Health System and Valley Baptist Medical Center alleging violations of her State and Federal Constitutional rights and state law based tort claims. Specifically, Plaintiff complains she was falsely arrested and imprisoned, assaulted, and alleges causes of action for negligence, discrimination based on sex or gender, trespass, libel and slander, invasion of privacy, conversion and destruction of property, and intentional infliction of emotional distress.

Plaintiff alleges that Harlingen police officers trespassed onto her property, removed her from her home against her will

Defendant City of Harlingen's Motion for Restraining Order        Page 1

and took her to the Valley Baptist Hospital, where she was
likewise held against her will.  Plaintiff alleges she was
assaulted at the hospital, and that officers picked her up at
the hospital, assaulted her in trying to arrest her, and then
incarcerated her.  She further alleges she has been slandered by
City officers, that she has been unlawfully prohibited from
entering public facilities because of her gender and that she
had dogs illegally removed from her home and killed by CITY
DEFENDANT personnel.

## II.
## ARGUMENT & AUTHORITIES

As indicated in the Motion, since the inception of this
lawsuit, CITY DEFENDANT has at all times been represented by the
under-signed counsel with regards to the defense of this suit.
Pursuant to such representation, all communications or contacts
with CITY DEFENDANT regarding this suit and the prosecution of
this suit on the part of Plaintiff, must be with the under-
signed counsel, and not the client, the CITY DEFENDANT itself,
and its representatives.

Despite this, Plaintiff has harassed a party to this suit,
to wit, the CITY DEFENDANT, and several of its representatives
and employees, regarding this lawsuit and the allegations
contained therein.  Furthermore, Plaintiff has taken retaliatory
"self-help" actions against the City for actions she alleges in
her lawsuit, and has prevented City employees from carrying out
their duties. See Ex. A.  As indicated previously, Plaintiff has
circumvented CITY DEFENDANT'S counsel and has attempted to deal
with City Attorney Brendan Hall regarding this suit, even though
City Attorney Hall is not the counsel of record for the CITY
DEFENDANT in the defense of this suit, and, as a city employee,
is in fact a representative of a party to this suit, the CITY

DEFENDANT itself. This includes visits to his office and delivering documents and discovery related to this suit to Mr. Hall rather than the undersigned counsel. See Ex. B.

Furthermore, Plaintiff has sent letters to City Commission, Harlingen PD and the City Manager's office regarding complaints against Harlingen animal control for various claims regarding trespass, and other assorted claims. See Exhibit C. The claims appear to be similar, if not the same, claims that she has made in her lawsuit against the city regarding the alleged illegal taking of animals from her home. It is unclear if this letter is in relation to the lawsuit, but the letter does indicate the kind of issues and harassment that the City has been faced with regarding the Plaintiff and her claims in this lawsuit.

### III.
### CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, CITY DEFENDANT would request that the Court enjoin Plaintiff from any contact with any City employee or representative regarding this lawsuit or related issues, outside of the formal discovery process or without Court approval, and from exercising retaliatory "self-help" measures to prevent City employees from performing their duties. CITY DEFENDANT further requests such other and further relief to which it may show itself to be justly entitled, at law and in equity.

SIGNED this \_\_16th\_\_ day of October, 2002.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Ste. 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
Attorney In Charge
Fed. ID. No. 5853
State Bar No. 14829100
ROBERT DRINKARD
Fed. I.D. No. 29288
State Bar No. 24007128

### CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the \_\_16th\_\_ day of October, 2002.

Ms. Sylvia Cholick                          **By CMRRR#: 7002 1000 0004 8591 0430**
810 N. 21st Street
Harlingen, TX 78550
**PLAINTIFF PRO SE**

Mr. Barry Ray                                               **By Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

Defendant City of Harlingen's Motion for Restraining Order                    Page 4

**EXHIBIT"**  **"**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SYLVIA CHOLICK,                     §
          Plaintiff                 §
                                    §
VS                                  §          CAUSE NO. B-02-162
                                    §
CITY OF HARLINGEN, ET AL            §
          Defendants                §

AFFIDAVIT OF DOMINGO CANTU
ANIMAL CONTROL OFFICER FOR THE CITY OF HARLINGEN, TEXAS

STATE OF TEXAS          §

COUNTY OF CAMERON       §

BEFORE ME, the undersigned Notary Public, on this day personally appeared, DOMINGO CANTU, who being by me duly sworn and known to be the person whose signature below, stated on oath the following:

My name is DOMINGO CANTU. I am over the age of twenty-one (21) years, of sound mind and fully capable of making this affidavit.

I have been asked by litigation defense counsel for the City of Harlingen to provide the following testimony in connection with the lawsuit identified above. The testimony provided below is all within my personal knowledge and it is true and correct.

I am employed as an animal control officer for the City of Harlingen, Texas. In my capacity as an employee for the City of Harlingen, I have become familiar with the Plaintiff in this lawsuit, Sylvia Cholick. On one occasion a few months ago, my partner and I were attempting to capture a loose animal near the intersection of 21st Street and Van Buren. The Plaintiff, Sylvia Cholick swerved into our lane with her automobile and stopped right in front of us. She then proceeded to yell at us for attempting to get the dog, and informed us that we had previously taken her dogs, and she was going to get revenge on the City for that and would not let us capture the loose dog.

Plaintiff presently has a lawsuit pending against the City in regards to the City's actions with respect to several dogs taken from near the Plaintiff's home. Ms. Cholick would not allow us to perform our duties as City employees apparently for the City's actions with respect to her allegations in her lawsuit against the City, and has harassed me as a City employee for actions she alleges were taken by the City in her lawsuit.

FURTHER AFFIANT SAYETH NOT.

DOMINGO   CANTU,   ANIMAL   CONTROL
OFFICER
CITY OF HARLINGEN, TEXAS

SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   by   the   said
Domingo Cantu on this 16th day of October, 2002, to certify which witness my hand and official seal.

NOTARY PUBLIC, State of Texas

VERONICA DURON
Notary Public, State of Texas
My Commission Expires
NOVEMBER 15, 2005

Printed Name: Veronica Duron

My commission expires: 11-15-05

EXHIBIT"  "



**DONALD T. CHEATHAM**
**Attorney at Law**
**825 West 11th Street**
**Austin, Texas 78701**
**(512) 494-1212**
**(512) 472-1558 TC**
**(512) 426-5534 M**



July 15, 2002

Mr. Barry Ray, Esquire
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78550

Re: Sylvia Cholick

Dear Barry,

Please see the attached responses to your Discovery. Please contact me should you have any questions.

With kindest regards, I remain

Cordially yours,

Donald Cheatham, Atty at Law

Cc: Brendan Hall, Esquire, The City of Harlingen

*City Attorneys Office*

**RECEIVED**

**DATE** 7/17/02

**EXHIBIT"** _____ _C_ **"**

9/13.02

City Commission / Mayor of Harlingen **Hand Delivered**

cc: Harlingen Police Chief
cc: Main Desk / office) City of Harlingen

SEP 2002
RECEIVED
CITY MANAGER'S
OFFICE

4:15 P.M.

Sirs:

I AM REQUESTING AN EXTENSION
AT LEAST UNTIL MONDAY 23 regarding
complaint against DAN Serna, Roy
Garza, head of An. Control, and Police
E. Gonzalez for,

trespass, selective enforcement,
harassment to resident, rude, and
defamatory, & bizzarre remarks
conspiracy, intentional infliction
of emotional, mental, and physical distress
to resident, and unrequested touching of
hand of resident at resident's front door
of home.

I am the resident. I reside at 910 Nb 21st
Hgn, Tx 78550, my phone number is 9564407729

Thank You. I have been everywhere (Judge's
offices, sheriff's officer, police chief's offices, city
Hall, Brendan Hall's offices, etc. So, please
I need and deserve an extention, at at
least 7 days, if there is a time limit on complaints.

Lupira Holub