IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK,<br>Plaintiff,<br><br>v.<br><br>CITY OF HARLINGEN, VALLEY<br>BAPTIST HEALTH SYSTEM AND<br>VALLEY BAPTIST MEDICAL CENTER,<br>Defendants. | §§§§§§§§§§ | Civil Action B-02-162 |

### ORDER

BE IT REMEMBERED that on October 17, 2002, the Court considered Defendant City of Harlingen's Motion for Leave to Allow Associate Defense Counsel to Appear as Lead Counsel for Hearing. Normally, under Local Rule 7.1D such a motion requires the moving party to file an accompanying Certificate of Conference. In the interests of justice, which necessitates a prompt hearing, the Court considers the motion but admonishes counsel to ensure that future filings comply with the Local Rules. Accordingly, the Court hereby **GRANTS** Defendant City of Harlingen's motion.

Additionally, the Court also **GRANTS** Defendant City of Harlingen's Motion for Leave to File Supporting Documentation and as such will consider such documentation in its future rulings.

DONE at Brownsville, Texas this 17th day of October, 2002.

Hilda G. Tagle
United States District Judge