## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■Levesque |
| DATE | 10 / 18 / 02 |
| TIME | 10:10 a.m. — 10:40 a.m. |
| CIVIL ACTION | B / 02 / 162 |
| STYLE | Sylvia Cholick *versus* City of Harlingen et al. |

United States District Court
Southern District of Texas
FILED
OCT 18 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)　■ Hearing on Protective Order/Injunction;　(Rptr.　Breck Record　)

Sylvia Cholick (pro se) ■ Ptf. (810 N. 21st Street, Harlingen, Texas 78550/956-440-7729)

Robert L. Drinkard (substituting for hearing only) ■ Def. City of Harlingen

Comments:

　　Drinkard: Asked the Court for an order against Plaintiff b/c she has approached various city employees including City Attorney, Brendan Hall to discuss the subject of this lawsuit. He characterized her behavior as "retaliatory," "harassment," and physically preventing city officers such as animal control from doing their job. He attempted to contact her once and spoke to her about the rules for discovery and he explained she should contact only him. He said this conversation did not go well b/c she was hostile to him.

　　Judge: Admonished City for not including a certificate of conference w/ their motion to substitute attorney. He apologized and stated that he did attempt to confer but neglected to put the certificate in the motion. Judge explained to Cholick that she cannot contact these people w/o going through counsel first. Judge went over the ultimate measures that can be taken by the Court including a court order, a court order w/ attorneys fees for the motion that had to be brought, or the death sanction of dismissal of the case. J also warned her not to file any frivolous motions b/c this can again be punished by sanctions.

　　Cholick: Denies having done anything wrong. She says she never intended the letter, Ex. C, to have been sent. In addition, she says she never prevented the animal control officers from doing their job, but rather simply told them they were trespassing. She says City Attorney Hall asked her about the suit and she did not try to approach him. Apparently, there is another action that is similar w/ similar causes

1

*October 18, 2002*
*Civil Action: B-02cv162*
*Cholick vs. City of Harlingen, et al*
*Civil Courtroom Minutes*
*Page 2*

of action, but which to our knowledge has not been filed. Finally, she says any previous communication between her old attorney and attorney Hall was not her fault.

Conclusion and Ruling:

Cholick said she understood the Court's warnings. **The Court ruled it was satisfied that Ms. Cholick understood the way in which she should conduct discovery in the future. As a result, no order was necessary at this point in time. Court, therefore, DENIED Defendant's Motion for Protective Order/Injunction Against Plaintiff [Dkt. No. 6].**