IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO.: B-02-162 |
| | § | |
| CITY OF HARLINGEN TEXAS, et al. | § | |
|     Defendants | § | |

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

### CITY DEFENDANT'S INITIAL DISCLOSURES

May it Please the Court:

COME NOW the CITY OF HARLINGEN TEXAS (hereafter "DEFENDANT"); and file these its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A. PERSONS WITH KNOWLEDGE OF INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY.**

Please refer to the list of witnesses with knowledge of information relevant to disputed facts alleged with particularity, which is attached as Exhibit "A" to this document.

"DEFENDANT" reserves the right to supplement this list as necessary.

**B. DESCRIPTION OF DOCUMENTS RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY.**

The documents identified below contain information relevant to the issues raised by Plaintiff's Complaint and will be provided under separate cover:

1. Applicable Personnel Policy Manual and Directives for City of Harlingen Police Department;

2. Applicable Police Department Operations Policy Manual and Directives for the City of Harlingen Police Department; and

3. Offense and Police Report with Booking Information.

4. Numerous documents dealing with complaints received about plaintiff's disruptive behavior in the Harlingen City Library and her subsequent banning from such library.

**C. COMPUTATION OF DAMAGES**

Not applicable to DEFENDANT.

**D. DISCLOSURE OF INSURANCE AGREEMENT**

Will supplement any applicable insurance agreements.

**E. DISCLOSURE OF EXPERTS**

With respect to testifying expert witnesses, DEFENDANT has none at this time, other than counsel of record, who may testify on the issue of reasonable attorney's fees, if any.

DEFENDANT is making their initial disclosures based on the information reasonably available to them at this point in time, in accordance with Rule 26(a)(1). As additional information becomes available to "DEFENDANT" this disclosure will be supplemented in accordance with the Federal Rules of Civil Procedure.

SIGNED on the __31__ day of October, 2002.

Respectfully submitted,

**DENTON, NAVARRO & BERNAL**
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: _____
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist. ID No. 29288

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the ___31___ day of October, 2002.

Ms. Sylvia Cholick        **By CMRRR No.7002 0860 0004 8101 6157**
810 N. 21st Street
Harlingen, Texas 78550
Pro-Se

Mr. Barry Ray  **By CMRRR No. 7002 0860 0004 8101 6164**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
**Counsel for VBMC and VBHealth Systems**

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD

EXHIBIT "A"
INDIVIDUALS WITH KNOWLEDGE OF RELEVANT FACTS

**Josie Balboa** - 410 76 Drive, Harlingen, Tx 78550; has knowledge of relevant facts regarding plaintiff's behavior with respect to Harlingen City Library;

**Wayne Ball**- c/o of City of Harlingen; Ball has been identified by plaintiff in her responses to VBMC's discovery.

**Officer Billokury** -c/o of City of Harlingen; Billokury has knowledge of relevant facts regarding plaintiff and her behavior on date of incident alleged in Plaintiff's petition

**Michael Blake**-c/o City of Harlingen; Blake was former Police Chief for City of Harlingen and has been identified as by plaintiff in her responses to VBMC's discovery.

**Custodian of Records-Ben Taub Hospital**-Houston, Texas; Allegedly provided medical treatment to plaintiff, according to Plaintiff's responses to Defendant VBMC's interrogatories.

**City of Harlingen Police Department**-Has been identified as a defendant by plaintiff.

**Camelot Assisted Living**- Harlingen,Texas 78550; Agency has knowledge of relevant facts regarding plaintiff.

**Sylvia E. Cholick**-810 N. 21st, Harlingen, Texas 78550; Cholick is plaintiff in case.

**Rodney Combes** - 410 76 Drive, Harlingen, Tx 78550; has knowledge of relevant facts regarding plaintiff's behavior with respect to Harlingen City Library;

**Mr. & Mrs. Eckert**-812 N. 21st, Harlingen, Texas; The Eckert's have been identified as individuals with knowledge of relevant facts by Plaintiff; They are neighbors of Plaintiff.
**Jeamine Elkins**-2325 Austin, Harlingen, Texas; 956/428-8941; Elkins is Plaintiff's neighbor and has been identified as a individual with knowledge of relevant facts.

**Employees at VBMC**-Security Personnel; Have been identified as defendants by plaintiff in her responses to VBMC's discovery.

**John Haysdale**-address unknown; Haysdale is neighbor of plaintiff and has been identified as such in plaintiff's responses to VBMC's discovery responses.

**Pedro Ibarra** - c/o of City of Harlingen; officer has knowledge of facts regarding plaintiff and her behavior on the date of the incident alleged in plaintiff's petition.

**Dr. Jones**- address unknown; Allegedly treated plaintiff for alleged injuries.

**Lend A Paw Humane Society**-810 N. 21st, Harlingen, Texas; Plaintiff's place of employment and/or business.

**Dr. Maracas**-c/o Valley Baptist Medical Center, 2101 Pease, Harlingen, Texas; Allegedly treated plaintiff for alleged injuries.

**Melanie Matlock** - c/o of City of Harlingen; Matlock has knowledge of facts regarding the incident alleged in Plaintiff's petition.

**Gilbert Martinez**-address unknown; Martinez has been identified as an individual with relevant facts by Plaintiff;

**Ignacio Martinez**- c/o of City of Harlingen; Officer Martinez has knowledge of relevant facts regarding Plaintiff and her behavior on the date of incident alleged in plaintiff's petition;

**Joseph Muniz** - 410 76 Drive, Harlingen, Tx 78550; has knowledge of relevant facts regarding plaintiff's behavior with respect to Harlingen City Library;

**John Ragsdale**-820 N. 21st, Harlingen, Texas; 956/425-1067; Ragsdale is a neighbor of plaintiff and has been identified as an individual with knowledge of relevant facts.

**Ruben Rendon** - 410 76 Drive, Harlingen, Tx 78550; has knowledge of relevant facts regarding plaintiff's behavior with respect to Harlingen City Library;

**Victor Rodriguez**-former Chief of Police for City of Harlingen; Has been identified by plaintiff in her responses to VBMC's interrogatories.

**Fabio Saavedra**-address unknown; Saavedra was married to Plaintiff in 1986 and has knowledge of relevant facts regarding Plaintiff.

**Jose Schroeder** - address unknown; has knowledge of relevant facts regarding plaintiff's medical condition during her time in the hospital on the day of the incident alleged in plaintiff's petition.

**Dr. Shenkenberg**-2101 Pease, Harlingen, Texas; 956/425-8845; Allegedly treated plaintiff for alleged injuries.

**Joe Strantz** - address unknown; May have knowledge of relevant facts regarding plaintiff's claims.

**Umbrella Kids International**-109 W. Filmore, Harlingen, Texas; Plaintiff's place of employment.

**Dr. Donald Vargas**-1901 Pease, Harlingen, Texas; 956/412-7272; Allegedly treated plaintiff for alleged injuries.

**Eric Vasquez**- c/of City of Harlingen; Vasquez has been identified by plaintiff in her responses to VBMC's interrogatories. Vasquez has knowledge of incidents alleged in Plaintiff's petition.

**Mr. & Mrs. Yates**-Camelot Associated Living, Harlingen, Texas; 945/423-5412; The Yates have been identified as individuals with knowledge of relevant facts.

**END OF DOCUMENT**