*14*

UNITED STATES DISTRICT COURT    ★    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. B: 02-162 |
| | § | |
| | § | |
| CITY OF HARLINGEN, et al | § | |

# N O T I C E

The initial pre-trial conference set for *January 6, 2003* has been reset to:

## January 14, 2003 at 3:00 p.m.

### BEFORE THE HONORABLE HILDA G. TAGLE
**U. S. DISTRICT JUDGE**
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison St. #306
Brownsville, Texas  78520-7114

MICHAEL  N.  MILBY,  Clerk

By: _____          12/23/02
      STELLA CAVAZOS                                              Date
      Case Manager/Deputy Clerk