P.01
DEC-30-02 09:43 AM
United States District Court
Southern District of Texas
RECEIVED
DEC 3 0 2002
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
15

Dkt. No. 15

United States District Court
Southern District of Texas
FILED
DEC 3 0 2002
Michael N. Milby
Clerk of Court

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

THE HONORABLE HILDA G. TAGLE
U.S. DISTRICT JUDGE
THIRD FLOOR - COURTROOM No. 3
U.S. COURTHOUSE
Brownsville, Tx 78520

December 30, 2002

02CV 162

Dear Judge Tagle:

It is difficult for me to ask for anything for myself, but I will do it. My heritage is one of stoic people who never asked anything of the government - they just gave to it.

I simply cannot comfortably attend a January 6, 2003 meeting (pre-trial conference). I would appreciate greatly a delay of 2 months (March 6, 2003). If this is not possible - I would further ask a delay of 1 month. (February 6, 2003)

1.) Truly I need (have needed) one year to begin to recover from being hospitalized for severe stress symptoms alone (that was in March 2002)

2.) I had hope I would recover more quickly, hence in early December I began to realize I was not able to do the work necessary.
Now I am in pain, as I have injuries that will be discovered during trial. Basicly I was disabled at 36, but the doctors in Houston told me at that time that my youthful age would work against me in getting disability (then).

3.) I assure you, Judge Tagle, I have remarkable reasons as to why I do not have an attorney. Not to exaggerate - I am terrified of engaging another attorney, and I have not been well enough to drive myself to other cities in order

to do so. Nor have I found anyone that would take me. The attorney I hired took thousands of dollars from me, and gave me no legal advice. There is more to this story.

I assure you, also, I do not wish to delay this process. Part of my injuries - as a matter of fact - most of my injury claim is based on the opposition parties stonewalling and delay, and just blocking me from any information whatever.

I apologize to The Court if my request is too late or if it caused anyone inconvenience.

I really must have some discovery & production (from them) before I can move forward toward a pretrial conference. My plan is to: Send preliminary discovery questions to the V.B. Hospital's attorney (- in order to get my medical records - finally!!!)

2) to keep the opposition aware of any change in dates as to the pretrial conference. I have already phoned.

3) prepare my copy of pre-trial conference questions & confer with their lawyers as to my request for a comfortable time frame.

Thank you for your kind consideration of this matter,

Very respectfully yours,

Sylvia C. Polick
810 N. 21st Street
Harlingen, Texas 78550
(956) 440-PRAY