20

United States District Court
Southern District of Texas
FILED
FEB 0 7 2003
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SYLVIA CHOLICK )
                )
Vs.             )   CAUSE NO. B-02-162
                )
CITY OF HARLINGEN, et al )
                )
                )

PLAINTIFF, Sylvia Cholick, Pro Se's RESPONSE
TO DEFENDANT, CITY OF HARLINGEN, et al's
REQUEST FOR A "MORE DEFINATE MOTION"
REGARDING PLAINTIFF'S COMPLAINT OF
PLAINTIFF'S VIOLATIONS OF FEDERAL AND
STATE CONSTITUTIONAL RIGHTS

MAY IT PLEASE THE COURT:

NOW COMES PLAINTIFF, Pro Se, SYLVIA CHOLICK (hereinafter "PLAINTIFF"), and files this Response to CITY DEFENDANT's request for a more definate statement in regards to PLAINTIFF's Allegations of various federal and state Constitutional rights.

## I.
### NATURE OF THE U.S. CONSTITUTION / FACTUAL ALLEGATIONS

PLAINTIFF, AS Natural Born Citizen claims the following rights as hers as provided for in the Declaration by the Congress of the United States ratified July 4, 1776:

...That among the Truths to be self-evident are:
"Life, Liberty, and the Pursuit of Happiness", and further
"That to secure these Rights, Governments are instituted among men....", and
That such "Government, laying its Foundation on Such Principles and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness.

Plaintiff alleges that her safety and life, liberty, and pursuit of happiness has been denied to her

in various and cumulative occassions, and these rights are continuing to be denied her by the CITY Defendant, et al.

## II.

### NATURE OF THE AMENDMENTS OF THE UNITED STATES' CONSTITUTION, CURRENTLY GENERALLY ACCEPTED, AND, TO HAVE BEEN RATIFIED BY the several States / FACTUAL ALLEGATIONS

PLAINTIFF'S COMPLAINT OF HER VIOLATION OF RIGHTS AS PROVIDED IN THE ORIGINAL "BILL OF RIGHTS" AND AMENDMENTS TO THE United States' Constitution are enumerated as follows:

1. Article [1] - inclusive
2. Article [IV] - inclusive
3. Article [V] - inclusive
4. Article [VI] - inclusive
5. Article [VIII] - inclusive
6. Article [XIV] - Section I

Also, Plaintiff will provide full sections of each Article and/or Article and Section if CITY DEFENDANT does not have ease nor access to these above enumerated Articles.

## III

### NATURE OF THE TEXAS CONSTITUTION AND ARTICLE I, BILL OF RIGHTS / FACTUAL ALLEGATIONS

PLAINTIFF alleges violations of her state rights as provided for in the Article I, (Bill of Rights), as plaintiff is a resident of the State of Texas. The factual rights as enumerated in the Texas Constitution, and that Plaintiff alleges violations thereof are enumerated as follows: All are inclusive:

1. Section 1
2. Section 2
3. Section 3
4. Section 6
5. Section 8

6. Section 9
7. Section 10
8. Section 12
9. Section 13
10. Section 15
11. Section 17
12. Section 19
13. Section 26
14. Section 27
15. Section 29

## IV
### NATURE OF THE TEXAS FREEDOM OF INFORMATION ACT / FACTUAL ALLEGATIONS

Plaintiff's complaint is that CITY DEFENDANT, et al has violated Plaintiff's right to information by disregarding the "intent" of the law and causing delay and confusion in regard to this Act.

## V

In Remembrance of the Reason for the Revolutionary War, Plaintiff wishes to bring to attention of all parties — that the War was fought for the noble purpose of righting the wrong of the government to TAX WITHOUT REPRESENTATION.

The Plaintiff does not recall this with any intent of disrespect to THE COURT, nor any of the parties involved, truly.

## VI
### CONCLUSION AND PRAYER

The Plaintiff respectfully submits this document. Plaintiff is agreeable to further delineated with further specificity all above allegations and complaints.

## VII

Plaintiff has GOOD CAUSE for any inadvertent delay on Plaintiff's part. A tiny part of these various reasons is herein enclosed. See Exhibit "A"

SIGNED this __5th__ day of February, 2003

Respectfully Submitted,
Sylvia Cholick
810 N. 26t St
Harlingen, Texas
PLAINTIFF PRO SE

EXHIBIT "A"



# South Texas Cancer Center - Harlingen

an affiliate of Texas Oncology, P.A.

October 16, 2001

RE:   SYLVIA CHOLICK

To Whom It May Concern:

Sylvia Cholick has asked for my opinion about uterine fibroid tumors and about the relationships between stress and exacerbation of the fibroids. It is clear that fibroids are under a hormone control in the body and that we know we can cause a regression by hormone blockers because they are growth by estrogen hormones. It makes sense that stress would cause exacerbation in these tumors and I think clearly in many of my patients that I follow with this. Stresses can aggravate a tumor problem.

Please call me if you have any medical questi

Sincerely yours,

Todd D. Shenkenberg, M.D.
Hematologist/Oncologist

TDS/dc

2121 Pease, Suite #101   Harlingen, Texas 78

CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, or by hand delivery to the persons listed below on the 6th day of February, 2003.

Honorable Judge Hilda Tagle
Mr. Barbosa, Deputy in Charge
U.S. Federal District Court
Brownsville Division


Ms. Sylvia Cholick
810 N. 21st St
Harlingen, Tx 78550
PLAINTIFF PRO SE