IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, | § | |
| VALLEY BAPTIST HEALTH SYSTEM | § | |
| and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| Defendants | § | |

**DEFENDANT CITY OF HARLINGEN'S REPLY TO PLAINTIFF'S RESPONSE TO CITY'S MOTION FOR MORE DEFINITE STATEMENT**

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, the CITY OF HARLINGEN, TEXAS (hereinafter "CITY"), and files this Reply to Plaintiff's Response to City's Motion for More Definite Statement.

I.

DEFENDANT "CITY" have presently pending a Motion to Strike Plaintiff's Complaint, based on the fact that the Plaintiff has failed to amend her complaint to allege specific state and federal causes of action, as required by this Court in its order of January 3, 2003. In response to this, Plaintiff has filed a Response to the City's Motion for More Definite Statement. Such Response was filed after the deadline to amend her complaint as set out by this Court.

Further, Plaintiff's Response does not amend her complaint to cure the defects in the Plaintiff's present live pleadings. The Response filed by the Plaintiff is not in the nature of a pleading, and does not meet the requirements for a pleading as

22

required in Federal Rule of Civil Procedure 8(a). As such, Plaintiff's live complaint still fails to allege specific state and federal constitutional violations and as such, Plaintiff's complaint should be stricken in its entirety, as pled for in City Defendants' Motion to Strike Plaintiff's Complaint.

## II.
## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT "CITY" would request that the Court strike Plaintiff's complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(e). DEFENDANT "CITY" further requests such other and further relief to which it may show itself to be justly entitled, at law and in equity.

SIGNED this 12th day of February, 2003.

                    Respectfully submitted,

                    **DENTON, NAVARRO, ROCHA & BERNAL**
                    A Professional Corporation
                    Bank of America Building
                    222 East Van Buren, Ste. 405
                    Harlingen, Texas 78550
                    956/421-4904
                    956/421-3621 (Fax)

By: _____
                    RICARDO J. NAVARRO
                    Attorney In Charge
                    Fed. ID. No. 5853
                    State Bar No. 14829100
                    ROBERT DRINKARD
                    Fed. I.D. No. 29288
                    State Bar No. 24007128

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 12th day of February, 2003.

| | |
|---|---|
| Ms. Sylvia Cholick<br>810 N. 21st Street<br>Harlingen, TX 78550<br>**PLAINTIFF PRO SE** | **By CMRRR#: 7002 0860 0004 8101 6959** |
| Mr. Barry Ray<br>Adams & Graham<br>P.O. Drawer 1429<br>Harlingen, Texas 78550<br>**COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER AND VALLEY BAPTIST HEALTH SYSTEMS** | **By Regular Mail** |

_____
RICARDO J. NAVARRO
ROBERT L. DRINKARD