IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| plaintiff(s) | § | |
| | § | |
| VS. | § | |
| | § | CAUSE NO. B-02-162 |
| THE CITY OF HARLINGEN, VALLEY | § | |
| BAPTIST HEALTH SYSTEM, and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| defendant(s) | § | |

### DEFENDANT VALLEY BAPTIST MEDICAL CENTER'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR MORE DEFINITE STATEMENT

MAY IT PLEASE THE COURT:

NOW COMES DEFENDANT, VALLEY BAPTIST MEDICAL CENTER (hereinafter "VBMC"), and files this Reply to Plaintiff's Response to Motion for More Definite Statement.

**I.**

DEFENDANT "VBMC" has presently pending a Motion to Strike Plaintiff's Complaint based on the fact that the Plaintiff has failed to amend her complaint to allege specific state and federal causes of action, as required by this Court in its order of January 3, 2003. In response to this, Plaintiff has filed a Response to the Motion for More Definite Statement. Such Response was filed after the deadline to amend her complaint as set out by this Court.

Further, Plaintiff's Response does not amend her complaint to cure the defects in the Plaintiff's present live pleadings. The Response filed by the Plaintiff is not in the nature of a pleading, and does not meet the requirements for a pleading as required in Federal Rule of Civil

Procedure 8(a). As such, Plaintiff's live complaint still fails to allege specific state and federal constitutional violations and as such, Plaintiff's complaint should be stricken in its entirety, as pled for in VBMC's Motion to Strike Plaintiff's Complaint.

## II.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT "VBMC" would request that the Court strike Plaintiff's complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(e). DEFENDANT "VBMC" further requests such other and further relief to which it may show itself justly entitled, at law and in equity.

SIGNED this 17th day of February, 2003.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
Harlingen, Texas 78550
Phone:      956/428-7495
Facsimile:  956/428-2954

By: _____
    **BARRY RAY**
    State Bar No. 16606355

**ATTORNEYS FOR DEFENDANTS
VALLEY BAPTIST HEALTH SYSTEM, INC. and
VALLEY BAPTIST MEDICAL CENTER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this ___ day of February 2003:

Ms. Sylvia Cholick                                    *Via CMRRR 7002 0510 0004 1769 1814*
810 North 21st Street
Harlingen, Texas 78550
*Plaintiff Pro Se*

Mr. Ricardo Navarro                                   *Via Regular Mail*
Mr. Robert Drinkard
DENTON, McKAMIE & NAVARRO
222 East Van Buren, Suite 405
Harlingen, Texas 78550
*Attorney for Defendant The City of Harlingen*

_____
BARRY RAY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK | § | |
| *plaintiff(s)* | § | |
| | § | |
| VS. | § | |
| | § | CAUSE NO. B-02-162 |
| THE CITY OF HARLINGEN, VALLEY | § | |
| BAPTIST HEALTH SYSTEM, and | § | |
| VALLEY BAPTIST MEDICAL CENTER | § | |
| *defendant(s)* | § | |

## ORDER ON VALLEY BAPTIST MEDICAL CENTER'S
## MOTION TO STRIKE PLAINTIFF'S COMPLAINT

**CAME ON THIS DAY TO BE CONSIDERED DEFENDANT** VALLEY BAPTIST MEDICAL CENTER'S Motion to Strike Plaintiff's Complaint.

After due consideration of the motion, the Court finds that DEFENDANT VALLEY BAPTIST MEDICAL CENTER's Motion to Strike Plaintiff's Complaint should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that DEFENDANT VALLEY BAPTIST MEDICAL CENTER'S Motion to Strike is GRANTED, and Plaintiff's Complaint is hereby stricken in its entirety and all causes of action are dismissed.

**SIGNED** this _____ day of _____, 2003.

_____
HON. HILDA G. TAGLE
U.S. DISTRICT JUDGE

Copies to:

Mr. Barry Ray, ADAMS & GRAHAM, L.LP., P.O. Drawer 1429, Harlingen, Texas 78551-1429
Ms. Sylvia Cholick, 810 North 21st Street, Harlingen, Texas 78550
Mr. Ricardo Navarro, Mr. Robert Drinkard, DENTON, McKAMIE & NAVARRO, 222 East Van Buren, Suite 405, Harlingen, Texas 78550