# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 02 — 18 — 03 |
| TIME | ___ a.m.    ___ a.m.<br>3:05 p.m.    3:10 p.m. |
| CIVIL ACTION | B — 02 — 162 |
| STYLE | Sylvia Cholick<br>*versus*<br>City of Harlingen, et al. |

United States District Court
Southern District of Texas
FILED
FEB 18 2003
Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT)  ■Initial Pre-Trial Hearing;           (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):       Pro Se (Not present)
Attorney(s) for Defendant(s)       Robert Drinkard and Ricardo Navarro for City of Harlingen
                                   Robert Barrett Ray for Valley Baptist Medical Center

Comments:

    Pl did not appear. Case was called at 3:05 p.m.. Navarro stated he had a telephone conversation w/ her after January 6, 2003, but it was unclear what she was requesting from Navarro, etc.

    Court clarified what Defendants had received. Defendants noted they had received Pl's More Definite Statement, but it was filed out of time. They request the complaint be stricken. Judge stated b/c Pl has stated state law claims, she would be inclined to dismiss the federal claims and remand the remaining claims to state court. Harlingen stated they did feel she had outlined state law claims and they were amenable to remand if the Court dismissed w/ Prejudice so that she could not file the federal claims again at state court.

    Court granted Defendants' Motion to Strike Complaint w/ respect to the Federal claims (With Prejudice) and remanded the state claims to state court.