United States District Court
Southern District of Texas
FILED

MAR 19 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA CHOLICK, | § | |
| Plaintiff | § | |
| | § | |
| VS | § | CAUSE NO. B-02-162 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | |
| Defendants | § | |

### CITY DEFENDANTS' MOTION FOR LEAVE TO ALLOW ASSOCIATE DEFENSE COUNSEL TO APPEAR AS LEAD COUNSEL FOR HEARING

May It Please The Court,

COMES NOW, CITY DEFENDANT and files this Motion requesting leave to allow Associate Defense Counsel Rene B. Gonzalez to appear as lead counsel for the purpose of the hearing currently scheduled on Monday, March 24, 2003.

I.

Upon removal of this cause, the attorneys appearing on behalf of the CITY DEFENDANT were Mr. Ricardo J. Navarro, as Attorney in Charge, and Mr. Robert L. Drinkard, as Associate Defense Counsel, both attorneys with the firm of Denton, Navarro, Rocha & Bernal.

The Court has scheduled a superceding initial pre-trial hearing on Monday, March 24, 2003.

Lead Attorney Navarro is scheduled to be in trial in another court on that day, and would be unable to attend this hearing. Further, attorney of record Associate Drinkard was previously scheduled to be out of state on that day and would be unable to attend this hearing. Associate Attorney Rene B. Gonzalez however, who is with the representing firm of Denton, Navarro, Rocha & Bernal, and who is also knowledgeable about the factual

and legal issues in the case, can appear on behalf of the CITY DEFENDANT. Attorney Gonzalez has full authority to represent the CITY DEFENDANT in this matter at this hearing.

### CONCLUSION & PRAYER

Therefore, for the foregoing reasons, CITY DEFENDANT requests that Attorney Rene B. Gonzalez, be allowed to appear on their behalf as Attorney in Charge for purposes of the hearing set for March 24, 2003.

SIGNED on the 19th day of March, 2003.

Respectfully Submitted,

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
Bank of America Building
222 E. Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By: /s/ Ricardo J. Navarro
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. ID No. 5953
ROBERT L. DRINKARD
Associate Counsel
State Bar No. 24007128
So. Dist. ID No. 29288
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

Counsel for CITY DEFENDANT hereby apprizes the Court that he has attempted in good faith to confer with Plaintiff regarding this issue by calling the number she supplied to the Court, 956-440-7729. Plaintiff did not answer and there was no answering machine. It is thus assumed that Plaintiff is opposed to this Motion. Counsel for Valley Baptist Defendants is not opposed to this Motion.

RICARDO J. NAVARRO
ROBERT L. DRINKARD

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. mail, unless otherwise indicated, to the person listed below on the 19th day of March, 2003.

Ms. Sylvia Cholick                         **By CMRRR#: 7002 0860 0004 8101 6683**
810 N. 21st Street
Harlingen, TX 78550
PLAINTIFF PRO SE

Mr. Barry Ray                              **By Fax & Regular Mail**
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas 78550
COUNSEL FOR DEFENDANTS VALLEY BAPTIST MEDICAL CENTER
AND VALLEY BAPTIST HEALTH SYSTEMS

RICARDO J. NAVARRO
ROBERT L. DRINKARD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA CHOLICK,<br>    Plaintiff | §<br>§<br>§ |
| VS | §     CAUSE NO. B-02-162 |
| | § |
| CITY OF HARLINGEN, ET AL<br>    Defendants | §<br>§ |

## ORDER ON CITY DEFENDANT'S MOTION FOR LEAVE

On this day the Court considered the Motion filed by Attorney Navarro, Attorney in Charge for the City Defendant in this cause, to allow the appearance of Associate Defense Counsel, Rene B. Gonzalez, as Attorney in Charge for purposes of the hearing currently scheduled for Monday, March 24, 2003. After review of the Motion, the Court finds that Attorney Gonzalez has authority to speak on behalf of the City Defendant in this cause.

It is therefore, ORDERED, that for purposes of the hearing set for Monday, March 24, 2003, that Defense Attorney Rene B. Gonzalez may appear as Attorney in Charge on behalf of the City Defendant. SO ORDERED.

SIGNED on the _____ day of March, 2003.


_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE