

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SYLVIA CHOLICK,<br>Plaintiff,<br><br>v.<br><br>CITY OF HARLINGEN, VALLEY<br>BAPTIST HEALTH SYSTEM AND<br>VALLEY BAPTIST MEDICAL CENTER,<br>Defendants. | §§§§§§§§§§ | Civil Action B-02-162 |

## ORDER

BE IT REMEMBERED that on March 20, 2003, the Court **GRANTED** Defendant City of Harlingen's Motion to substitute Associate Defense Counsel, Rene B. Gonzalez, as Attorney in Charge for the hearing scheduled for Monday, March 24, 2003.

DONE at Brownsville, Texas this 20th day of March, 2003.

Hilda G. Tagle
United States District Judge