29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SYLVIA CHOLICK

        Plaintiff         *

V.                        *        CIVIL ACTION B-02-162

                          *

CITY OF HARLINGEN, ET AL    *

        Defendants      *

United States District Court
Southern District of Texas
FILED

MAR 24 2003

Michael N. Milby, Clerk of Court

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1.   State where and when the meeting of the parties required by
    Rule 26(f) was held, and identify the counsel who attended
    for each party.

*The meeting will be March 24, 2000 at 2ᴾᴹ*

*I understand that in the usual course of events, The Plaintiff(s) of a suit know what happened to (him)(her)(them); that is not the case here.*

*Opposition Attornies took advantage of my being re-arrested and injured. Denton, Navarro, Bernal, et al and Adams and Graham knew I was not mobile until about February 2, 2003.*

2.   List the cases related to this one that are pending in any
    state or federal court with the case number and court.

*So far the causes related to this case are under one Case No.*

3.   Specify the allegation of federal jurisdiction.
    Federal question jurisdiction under 42 U.S.C.§ 1983 and 28
    U.S.C. § 1331.

*If this does not include the Federal law that allows ① U.S. Citizens to obtain their own Medical Records, or ② allows anyone to obtain Medical treatment in an Emergency Room of any hospital; Then Plaintiff wishes this Federal Jurisdiction Rule added.*

4.  Names the parties who disagree and the reasons.
Plaintiff does not disagree as to the venue—
only the timing. I, from the beginning (1½ yrs ago)
told the attorney D. Cheatham I wished
this cause to be tried in Federal Court,

5.  List anticipated additional parties that should be
included, <u>when</u> they can be added, and <u>by</u> whom they are  ,Hfe
wanted. Mayor, City Mgr of City Defendant — wanted by Plaintiff
VALLEY MORNING STAR & certain staff — wanted by Plaintiff
Harlingen Battered Women's Shelter staff in — wanted by Plaintiff
Board of Directors v B Medical Center — — 2000-2002 — wanted by Plaintiff
6.  List anticipated interventions. Brendan Hall — wanted by Plaintiff
?

7.  Describe class-action issues. A motion will be proposed for this class-action
Currently, The class-action issue involves LEND A PAW Truly, Humane involvement,
Society as owner of property 810 N. 21st Street as
owner of dogs, and as employer of Plaintiff.

8.  State whether each party represents that it has made the
initial disclosures required by <u>Rule 26(a)</u>.    If not,
describe the arrangements that have been made to complete
the disclosures.
Only CITY DEFENDANT has made Rule 25(a) disclosures,
which are objectional as to the date of April 2, 2000.

9.  Describe the proposed agreed discovery plan, including:

A.  Responses to all the matters raised in <u>Rule 26(f)</u>.

B.  When and to whom the plaintiff anticipates it may send
interrogatories.
Plaintiff will send interrogatories to:
VB MEDICAL CENTER DEFENDANT & INDIVIDUAL BOARD
MEMERS — IN April
These interrogatories are pivital to Plaintiff's Knowledge of
C.  When and to whom the <u>defendant</u> anticipates it may send   her
interrogatories.                                                  case.

D.    Of whom and by when the plaintiff anticipates taking
      oral depositions.
      Plaintiff will take oral depositions or video-taped
      depositions after interrogatories and in the
      production by Defendants.

E.    Of whom and by when the <u>Defendant</u> anticipates taking
      oral depositions.

F.    When the plaintiff (or the party with the burden of
      proof on an issue) will be able to designate experts
      and provide the reports required by Rule 26(a)(2)(B),
      and when the opposing party will be able to designate
      responsive experts and provide their reports.

      Plaintiff: <u>after</u> <u>all</u> <u>medical</u> <u>records</u> are received
      from VB MEDICAL CENTER DEFENDENT

      Defendant: when... they would provide experts

G.    List expert depositions the plaintiff (or the party
      with the burden of proof on an issue) anticipates
      taking and their anticipated completion date.  See
      Rule 26(a)(2)(B) (expert report).
      Expert depositions will be completed after
      interrogatories. and production is complete.

H.    List expert depositions the <u>opposing party</u> anticipates
      taking and their anticipated completion date.  See
      Rule 26(a)(2)(B) (expert report).

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposal of each party.

Plaintiff states that Plaintiff being x-rayed or medically treated in any way or being seen by Dr. Fischer. Or Dr. MAson on April 2, 2000, is false! The record was altered. The date was changed to April 2, 2000. Plaintiff saw one physician on April 2, 2000, absolutely no medical treatment was given

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

Way too much information was given by Plaintiff to Barry Ray of Addams & Graham, enough to injure thousands of ill patients. Once I begin to "get" the story – All will receive discovery...

12. State the date the planned discovery can reasonably be completed.

July, 2003
The discovery for subsidial or second causes of action, cannot be completed by July 2000.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

There was no meeting. I was not told that I must phone in.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

Plaintiff would be pleased if, after 3 years, of illegally Keeping medical records hidden – now with the aid of the Court they will finally be Subpoened.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are

reasonably suitable, and state when such a technique may be
effectively used in this case.

16.   Magistrate judges may now hear jury and non-jury trials.
      Indicate the parties' joint position on trial before a
      magistrate judge.

      The Parties are not in a position to agree to a Magistrate
      Court at this time.

17.   State whether a jury demand has been made and if it was
      made on time.

      Plaintiff has not made a jury demand at this time;
      Plaintiff makes a jury demand, and will tender required
      amout. (Some of the causes of action are still under the 2 year
      statute of limitations --)

18.   Specify the number of hours it will take to present the
      evidence in this case.

*     Plaintiff (s) believe it will take 40 hours to present the
      evidence in this case.

19.   List pending motions that could be ruled on at the initial
      pretrial and scheduling conference.
      Plaintiff will make a motion to add Valley Morning Star, and
      EMS (Emergency Medical Services).
      Plaintiff will send a MOTION TO secure or SUBPOENA
20.   List other motions pending. All Plaintiff's medical records for
                                    APRIL -2000.
      none

21.   Indicate other matters peculiar to this case, including
      discovery, that deserve the special attention of the court
      at the conference. The matter that opposition attorney for
      city (Mr. Drinkard) told me I could go to the Harlingen
      Police Station, and exercise MY 1st Amendment rights
      and attempt, once again, to make a police report.
      On December 13, 2002, I was arrested and injured
      a second time. And as all parties would know — I incoherent

Cholick-Rule 26 Case Management Plan                                Page 5

CERTIFICATE OF SERVICE

I certify that a true copy of this document has been hand delivered to the person(s) listed below on the 21 day of March, 2003.

Mr. Robert Drinkard _____
Denton, Navarro & Bernal Law Offices
222 E. VAN BUREN, Suite 405
HARLINGEN, TEXAS       78550

Mr. Barry Ray _____
Adams & Graham
P.O. Drawer 1429
Harlingen, Texas       78550

Mr. Juan Barbosa, Deputy in Charge
600 E. Harrison
Brownsville, Texas 78520
✓ FEDERAL BUILDING

_Sylvia Cholick_
SYLVIA CHOLICK, PRO SE
810 N. 21st Street
Harlingen, Texas       78550
(956) 440-7729