# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 03 — 24 — 03 |
| TIME | a.m. — a.m.<br>2:05 p.m. — 2:20 p.m. |
| CIVIL ACTION | B — 02 — 162 |
| STYLE | SYLVIA CHOLICK<br>*versus*<br>CITY OF HARLINGEN, VALLEY BAPTIST HEALTH SYSTEM & VALLEY BAPTIST MEDICAL CENTER |

United States District Court
Southern District of Texas
FILED
MAR 24 2003
Michael N. Milby, Clerk of Court

## DOCKET ENTRY

(HGT) ■(Second) Initial Pre-Trial Hearing;    (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Sylvia Cholick, Pro Se
Attorney(s) for Defendant(s):   City of Harlingen: Rene B. Gonzalez
                                Valley Baptist Health System: Robert (Barry) Ray
                                Valley Baptist Medical Center:        "

Comments:

This initial pretrial conference was reheard because the Court's records indicated that Ms. Cholick did not receive notice of the first pretrial conference held February 18, 2003. The order giving notice of the first pretrial conference also included an order for Ms. Cholick to amend her complaint by January 27, 2003– she did not comply with this order. Defs, as a result, moved to have her original complaint stricken for failure to give them proper notice of the federal claims against them. Cholick's complaint merely alleged various state and federal constitutional violations. Ms. Cholick has filed a response to Defs' Motion to Strike her complaint, which the Court interpreted as an amended complaint and she has submitted a request to file an amended complaint, but she has yet to file an actual amended complaint. Ms. Cholick represented to the Court that she cannot communicate with opposing counsel and that "communications have totally broken down." She has failed to make timely filings; did not participate in a Rule 26(f) meeting and submitted today (3/24/03) her own "joint" case management plan. In addition, she continues to submit documents to the Court that she does not serve on opposing counsel.

*Ruling*: As a result of the above, and Cholick's failure to amend her complaint, **the Court GRANTED Defs' Motion to Strike her Complaint and dismissed her federal claims without prejudice. Court remanded remaining state law claims and, thus did not strike the portions of her complaint dealing with state claims.**