Re: Cause No. B-02-162

3/21/03

Mr. Juan Barbosa, Deputy In Charge
U.S. District Clerk's Office
Federal Building
600 E. Harrison
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

MAR 24 2003

Michael N. Milby, Clerk of Court

Dear Mr. Barbosa:

This is a preface, and a request (motion) to Amend Plaintiff's first amended pleading.

[I understand I may not need to request leave of the Court to do this — but I just wanted to be sure I requested permission — in case, permission (leave) was required.]

Thank you also, and the Court for the permission to send faxes instead of regular mail. My fax machine can only send, and currently I have no electricity, so in one month I can send via facsimile machine.

Thank you, and please excuse any unnecessary inconvenience.

Respectfully,
Sylvia E. Rolick

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SYLVIA CHOLICK )
   Plaintiff )
)
vs. ) CAUSE NO. B-02-162
)
CITY OF HARLINGEN, et al. )
   Defendants )

## ORDER GRANTING AMENDMENT OF FIRST PETITION

CAME ON THIS DAY TO BE CONSIDERED PLAINTIFF, PRO SE, SYLVIA CHOLICK'S request to amend the PLAINTIFF's first Amended Petition

After due consideration of the motion, the Court finds that PLAINTIFF SYLVIA CHOLICK's Motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that PLAINTIFF, SYLVIA CHOLICK's Motion to amend Plaintiff's first amended petition is hereby GRANTED.

SIGNED on the ___ day of _____, 2003

HON. HILDA G. TAGLE
U.S. DISTRICT JUDGE