IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SYLVIA CHOLICK )
Vs. ) CAUSE NO. B-02-162
CITY OF HARLINGEN, et al )
)
)

RECEIVED
APR 1 - 2003
CHAMBERS OF
HILDA G. TAGLE

United States District Court
Southern District of Texas
FILED
APR 0 1 2003
Michael N. Milby
Clerk of Court

RE: Soon-to-be-ex Cause No B-02-162,
or hopefully not!

To: Mr. Juan Barbosa c/o for Judge Hilda Tagle
Federal Building
600 E. Harrison
Brownsville, Texas
78520

MAY IT Please the Court:

I. I, Plaintiff Pro Se, Sylvia Cholick ask re-consideration of removing this case to State Court. (The motion is not included.)

A) I have NEW INFORMATION to respectfully submit to the consideration of the Court.

I saw B. Ray's copy of my "alleged" medical record on May 24, 2003 at the Federal Courthouse - and I knew I had not seen Dr. Mason, nor Dr. Fischer on April 2, 2000 at the ER of the Defendant Valley Baptist Hospital. I also did not receive medical treatment. The injuries were sustained on the sidewalk & car right outside of the ER. The injuries were seen by no physician.

This is a VIOLATION OF MY FEDERAL CIVIL RIGHTS. (AMALA)

B) I have my true medical record, because I begged and waited and pleaded that Tropical Texas release my old-unaccessed records to me yesterday, March 26, 2003. I am not manic-depressive. Period.

C) Included is a Motion to strike Defendant's Initial Disclosures.

* D) Included also is a letter - demonstrating opposition failed to send (re-send) a document to me.

~ Sylvia Cholick