IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 01 2003
Michael N. Milby
Clerk of Court

SYLVIA CHOLICK )
vs. )   CAUSE NO. B-02-162
)
CITY OF HARLINGEN, et al )
)
)

## PLAINTIFF SYLVIA CHOLICK'S MOTION TO STRIKE DEFENDANT'S INITIAL DISCLOSURES

MAY IT PLEASE THE COURT:

NOW COMES PLAINTIFF, PRO SE, SYLVIA CHOLICK (hereinafter "Plaintiff"), and pleads to file this Motion to Strike Defendant's, et al, INITIAL DISCLOSURES pursuant to Federal Rule of Civil Procedure 12(e)

**I.**

Defendants allege Dr. Mason, was the attending physician on April 2, 2000. See Order attached as Exhibit "A" and exhibit "B" Note: PLAINTIFF has not been allowed to see or receive VBH records.

**II.**

Exhibits "A" and "B" state the primary Physician as Dr. BAILEY, and Mr. Joe Schroeder called Dr. Yamaguiche, the physican on call, with whom he conferred. No injuries occurred until Examiner left the premises. I received no medical treatment for injuries on April 2, 2000, anywhere.

**III.**

PRAYER

WHEREFORE, PREMISES CONSIDERED, and TRUTH considered PLAINTIFF would request that the COURT strike Defendant's alleged initial Disclosures

SIGNED this 27th day of March 2003.

EXHIBIT "A"

| | | | | |
|---|---|---|---|---|
| | | | | No suicidal or Homicidal ideat. |
| 4/2/00 | 2 | 6:35 | 2 | Called Dr. Ysasquick Physician on call re Ms. Chowick after giving him report he concluded patient did not meet criteria for admission she would be better at home |
| | | | | |
| | | | | |
| | | | | *[signature]* KS42 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT "B"

CRISIS SCREENING, INTERVENTION, AND REFERRAL INSTRUMENT

INSTRUCTIONS: PLEASE FILL OUT COMPLETELY, CLEARLY AND LEGIBLY. PRINT ALL INFORMATION USING BLACK INK.

☐ 1901 S. 24th St.  
Edinburg, TX 78539  
(956) 383-0121

☑ 1242 N. 77 Sunshine Strip  
Harlingen, TX 78550  
(956) 423-8094

☐ 5 Boca Chica Blvd. Ste. 5  
Brownsville, TX 78520  
(956) 546-2230

Date of Screening: April 2, 2000   Time/Place of Screening: 5:28 AM VBMC
Service Coor: _____   Center Case #: _____

Clients' Name: (Last) CHOLICK   (First) SYLVIA   (M.I.) ___
D.O.B. 12 AUG 47   Age: 52   S.S.N #: 463 82 2388
Address: 810 N TWENTY FIRST ST
County of Residence: CAMERON   City/State/Zip: HARLINGEN TX 78551
Telephone#: 423 8218   Preferred Language: E

Contact Person: N/A   Relationship: _____
Address: _____   City/State: _____
Telephone: _____

**CURRENT MEDICAL HISTORY AVAILABLE**

★ Primary Physician: DR BAILEY ER.   [ ] TTC/Site: _____   [ ] Private/Loc: _____

CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent via regular mail to the person(s) listed below on the 27th day of March 2003.

The attorny of the Defendants has not yet been sent this information - pretty soon they'll have a false medical record of mine - involving the allegations of one Dr. Murphy

Sylvia Cholick
PLAINTIFF, PROSE

RE: Federal Cause No. B-02-162


RECEIVED APR 1 - 2003
March 27, 2003
CHAMBERS OF HILDA G. TAGLE

Attention to: THE HONORABLE JUDGE HILDA TAGLE
c/o Mr. Juan Barbosa, Federal Building, Brownsville, Texas

I shall ask the Court to please excuse this (these) papers sent to Your Court, if they are too time consuming. For the sake of Justice - these words are truthful.

On May 24, 2003 I came to Brownsville for a pre-trial order setting conference, or so I understood. I had no notification that a change of venue would be discussed. I also arrived there having understood that that the court "looked upon the motion for a more definate statement - WITH DISFAVOR" and "looked upon the motion for continuance with DISFAVOR. And we were all to move on, as: all charges for both above motions were dismissed, that was my understanding.

On May 24, 2003 for the FIRST TIME I see that someone labeled Plaintiff "manic depressive". I was never told that. I had no clue! No rational person would accept that I could have even been thoughtlessly labeled "manic depressive" as I have had the total care for a terminally ill family member for fourteen years. I saw doctors, and doctors with my mother for years and years, as well as way-too-many health care providers at our then home.

Yes, I have been tricked repeatedly by the Defendant Corporations, and their

A) About the pre-trial conference I tried to set it for weeks, but they were never available when I was.

So, I was told they would call me. I was there, waiting for the call. So, I thought I still had 2 weeks to set it. I called and tried to set a time to meet in person — to no avail.

B) About my wasting anyone's time... It has been a total waste of three years of my life, and a horrific three years it has been. I have only spoken of the abuse of April 2nd, 2000 in my lawsuit — because both defendants have denied me information.

If, I didn't know what all had happened to me — how could I formulate the right INTERROGATORIES to move my case (my information) forward? All involved rely on the Plaintiff's information. I have been kept purposefully "in the dark."

C) I also had not received the VB Hospital's "Motion to Strike". WITH extreme diligence, I went to the Post Office. I asked about the 2-21-03/2-22-03 notice. (I think I still have it, as they said there was nothing for me, AND NOTHING HAD Been sent back to me)

Adams and Graham re-sent it to me, after I called, and I received it March 27th, 2003 [See copy of Return to them.] Adams and Graham did not attempt to get this to me. They knew it had been returned last month.

Respectfully,
Sylvia Cholick   3/27/03



Sylvia Cholick
North 21st Street
ingen, Texas 78550